IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY J. BRITT,

               Petitioner,

    vs.

DIANE SABATKA-RINE,

               Respondent.

**8:22CV380**

**ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time. Filing No. 15. Petitioner seeks a 90-day extension of his April 28, 2023 deadline to file his brief in response to Respondent's answer and brief in support. Petitioner states that he is still waiting to receive legal mail that was lost or misplaced in a November 11, 2022 flood event at the Nebraska State Penitentiary. Upon consideration,

IT IS ORDERED that:

1.    Petitioner's Motion for Extension of Time, Filing No. 15, is granted.

2.    Petitioner shall have until **July 27, 2023**, to file and serve his brief in response to Respondent's answer and brief in support.

3.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 27, 2023**: check for Petitioner's brief.

Dated this 18th day of April, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge